IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NANCY KINDER, individually and on
Behalf of all others similarly situated,

    Plaintiffs,

vs.                                      Case No. 2:11-cv-00423-CG-GBW

WHITE SANDS FEDERAL CREDIT UNION,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT WHITE SANDS FEDERAL CREDIT UNION'S ANSWER DEADLINE

**THIS MATTER** comes before the Court upon the Unopposed Motion to Extend Defendant White Sand Federal Credit Union's Answer Deadline. (Doc. 7). The Court, having been informed and noting that the parties are in agreement, will grant the Motion.

**IT IS THEREFORE ORDERED**, that the Unopposed Motion to Extend Defendant White Sands Federal Credit Union's Answer Deadline, (Doc. 7), is well taken and is **GRANTED**. The deadline for Defendant White Sands Federal Credit Union to answer or file a responsive pleading is extended to June 27, 2011.

_____
HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LEWIS AND ROCA LLP

By:   */s/Dennis E. Jontz*
Dennis E. Jontz
Marshall Ray
*Attorneys for Defendant White Sands Federal Credit Union*

201 Third St. NW, Suite 1950
Albuquerque, New Mexico 87102
Phone:  (505) 764-5404
E-mail:  **djontz@lrlaw.com**

Approved by:

*Approved via e-mail on June 14, 2011*
Geoffrey Bestor
4204 Maple Terrace
Chevy Chase, MD  20815
Phone:  (240) 463-8503
Fax:  (866) 515-4989
E-mail:  **gbesq@bestorlaw.com**


*Approved via e-mail on June 14, 2011*
Richard N. Feferman
Feferman & Warren
300 Central Avenue, SE - Suite 2000 West
Albuquerque, NM  87102
E-mail:  **rfeferman@msn.com**