UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NANCY KINDER, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.                                              Case No. 2:11-CV-00423-JH-GBW

WHITE SANDS FEDERAL CREDIT UNION,

    Defendant.

## ORDER

Pursuant to the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that all claims that were brought or could have been brought in this lawsuit are dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

DATED this 13th day of January, 2012.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE